Michael A. Gardiner, Esq. [CSB 142321]
**LAW OFFICES OF MICHAEL A. GARDINER**
110 West "A" Street, Suite 950
San Diego, CA 92101
Telephone:  (619) 238-9800
Facsimile: (619) 814-3727

Attorneys for Creditors JOE PINSONNEAULT
and THIRD AVENUE AND CATALINA, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MAM WEALTH MANAGEMENT<br>REAL ESTATE FUND 1, LP,<br><br>        Debtor. | Case No.2:11-bk-19976-PC<br><br>CHAPTER 11<br><br>**REQUEST FOR SPECIAL NOTICE** |

**TO: THE CLERK OF THE COURT; DEBTOR, ITS COUNSEL; THE TRUSTEE; THE UNITED STATES TRUSTEE AND ALL OTHER CREDITORS AND PARTIES IN INTEREST;**

      **PLEASE TAKE NOTICE** that JOE PINSONNEAULT and THIRD AVENUE AND CATALINA, LLC , as a creditor in these proceedings, requests notice and service on the undersigned of all motions, pleadings, applications, plans, disclosure statements, operating reports  and any other actions or pleadings relating to any matters affecting the estate of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

the above referenced debtor.  Such notice and pleadings should be sent to the following

address:

Michael A. Gardiner, Esq.
LAW OFFICES OF MICHAEL A. GARDINER
110 West "A" Street, Suite 950
San Diego, CA 92101

Dated:  June 3, 2011          LAW OFFICES OF MICHAEL A. GARDINER

By /s/ Michael A. Gardiner
          Michael A. Gardiner, Esq.

Attorneys for JOE PINSONNEAULT and THIRD
AVENUE AND CATALINA, LLC